**Opinion issued May 7, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00961-CV

————————————

## MI SONG YUN, Appellant

## V.

## MOHAMED AKA ANDREW HAJALI, Appellee

On Appeal from the 310th District Court
Harris County, Texas
Trial Court Case No. 2014-27741

## MEMORANDUM OPINION

Appellant, Mi Song Yun, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.941(a), 101.041; Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District

Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b).

This case was abated and remanded for the trial court to determine whether appellant is indigent and entitled to proceed with this appeal without payment of costs. The district court clerk subsequently filed a supplemental clerk's record containing an order from the trial court finding that appellant is not indigent. Accordingly, our Court reinstated the appeal and ordered appellant to pay the appellate filing fee and the fee for preparation of the clerk's record within 30 days or the appeal would be dismissed. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c). After appellant failed to pay the fees by the deadline established in our order, appellee filed a motion to dismiss the appeal and, pursuant to Texas Rule of Appellate Procedure 45, requests damages for the filing of a frivolous appeal. Appellant did not adequately respond to our order or appellee's motion to dismiss.

We dismiss the appeal for nonpayment of all required fees and for want of prosecution. We deny appellee's request for damages. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Landau.